GIMBEL BROS., INC. *v.* UNITED STATES

No. 7547.—Invoices dated London, England, March 23, 1946, etc.
Certified March 25, 1946, etc.
Entered at New York, N. Y., April 16, 1946, etc.
Entry No. 753067, etc.

(Decided February 19, 1948)

*Fred Bennett* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise covered by the appeals for reappraisement enumerated on the annexed schedule which is marked "A" and made part of this decision, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

GIMBEL BROS., INC. *v.* UNITED STATES

No. 7548.—Invoices dated London, England, December 1, 1945, etc.
Certified December 1945, etc.
Entered at New York, N. Y., December 28, 1945, etc.
Entry No. 730423, etc.

(Decided February 20, 1948)

*Fred Bennett* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issues herein are the same in all material respects as the issues involved in *United States* v. *Pitcairn,* C. A. D. 334, and the record therein has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export value of the merchandise covered by these appeals to be the value found by the appraiser, less any amounts added on entry to meet advances by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.